IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Keri Jr, Michael J | Case Number: 07 B 15337 |
| | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 8/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 8, 2008
Confirmed: October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,064.60 | |
| Secured: | | 12,301.82 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 762.78 |
| Other Funds: | | 0.00 |
| Totals: | 13,064.60 | 13,064.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 3,202.35 | 1,287.50 |
| 3. | EMC Mortgage Corporation | Secured | 32,156.16 | 11,014.32 |
| 4. | Dell Financial Services, Inc | Secured | 218.79 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 14,000.00 | 0.00 |
| 6. | EMC Mortgage Corporation | Secured | 1,384.96 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 215.77 | 0.00 |
| 8. | Dell Financial Services, Inc | Unsecured | 1,991.08 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 515.34 | 0.00 |
| 10. | Capital One | Unsecured | 1,064.90 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 1,420.00 | 0.00 |
| 12. | Nicor Gas | Unsecured | 455.56 | 0.00 |
| 13. | National Capital Management | Unsecured | 1,824.24 | 0.00 |
| 14. | Cook County Assessor | Secured | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| | | | $ 60,949.15 | $ 12,301.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 424.26 |
| 6.5% | 338.52 |
| | $ 762.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Keri Jr, Michael J

Printed: 01/22/09

Case Number: 07 B 15337
Judge: Hollis, Pamela S
Filed: 8/23/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

